**CT Corporation**

# Service of Process Transmittal
03/12/2021
CT Log Number 539201949

**TO:** Kim Lundy Service Of Process
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:** Process Served in Texas

**FOR:** Wal-Mart  (Cross Ref Name)  (Domestic State: DE)
WALMART INC. (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Alvarex Maria, Pltf. vs. Walmart, Dft. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Citation, Certificate(s), Petition |
| **COURT/AGENCY:** | 293rd Judicial District Court Maverick County, TX Case # 210239674MCV |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 03/10/2019 - Eagle Pass, TX |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 03/12/2021 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED :** | Texas |
| **APPEARANCE OR ANSWER DUE:** | By 10:00 a.m. on the Monday next following the expiration of 20 days after service |
| **ATTORNEY(S) / SENDER(S):** | Christopher W. Bennett Law Offices Of Zimmerman, Cotner, Lejeune, Ressetar, Bennett & Lane 3501 West Waco Drive Waco, TX 76710 254-752-9688 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/13/2021, Expected Purge Date: 03/18/2021 |
| | Image SOP |
| | Email Notification,  Kim Lundy Service Of Process  ctlawsuits@walmartlegal.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System 1999 Bryan Street Suite 900 Dallas, TX 75201 |
| | 877-564-7529 MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other

Page 1 of  2 / DP

EXHIBIT 1

**CT Corporation**

# Service of Process Transmittal
03/12/2021
CT Log Number 539201949

**TO:**  Kim Lundy Service Of Process
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:**  **Process Served in Texas**

**FOR:**  Wal-Mart  (Cross Ref Name)  (Domestic State: DE)
WALMART INC. (True Name)

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 2 of  2 / DP

EXHIBIT 1



**Central Texas Litigation Support Services, Inc.**
7215 Bosque Blvd.
Waco, TX 76710

CERTIFIED MAIL

9414 7266 9904 2039 5253 51

Walmart
c/o CT Corporation System
1999 Bryan St., Ste. 900
Dallas, TX 75201



EXHIBIT 1

75201-428499

## CITATION BY CERTIFIED MAIL TRC106

| | |
|---|---|
| **THE STATE OF TEXAS:** | Cause No: 21-02-39674-MCV |
| **MARIA ALVAREZ** | IN THE |
| -VS- | 293RD DISTRICT COURT |
| **WALMART** | OF MAVERICK, TEXAS |

**NOTICE TO DEFENDANT:** "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after the date you were served this citation and petition, a default judgment may be taken against you." TRCP.99

**TO: WALMART, R/A CT CORPORATION SYSTEM, 1999 BRYAN ST., STE. 900, DALLAS, TX 75201**
**Defendant - GREETING**

You are hereby commanded to appear by filing a written answer to the Plaintiff's Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 293RD DISTRICT COURT of Maverick County, at the Courthouse in said County in EAGLE PASS, Texas. Said Plaintiff's Petition was filed in said court on the 22nd day of February, 2021 in the above entitled cause.

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Petition accompanying this citation and made a part hereof.

Issued and given under my hand and seal of said Court at EAGLE PASS, Texas, this 23rd day of February, 2021.

| | |
|---|---|
| Attorney for Plaintiff or Plaintiff: | Clerk of the Court: |
| **CHRISTOPHER W. BENNETT** | LEOPOLDO VIELMA, DISTRICT CLERK |
| **3501 WEST WACO DRIVE** | 293RD DISTRICT COURT |
| **WACO, TEXAS 76710** | Maverick, Texas |
| | By: _____ |
| | GABRIELA BOZEMAN, DEPUTY |

EXHIBIT 1

## CERTIFICATE OF DELIVERY BY CERTIFIED MAIL

Came to hand on the ___ day of _____ 20___, at _____ o'clock ___M. and executed the ___ day of _____ 20___ by mailing the same to WALMART Defendant by registered or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the Plaintiff's Petition were attached thereto.
WALMART, , ,

Service upon Defendant is evidenced by the return receipt incorporated herein and attached hereto, signed by _____
And dated _____
*Citation was not served despite the following use of diligence to execute service by the officer or person authorized to execute this citation: _____
_____
Citation was not executed because _____
Defendant may be found at: _____
To certify which witness my hand officially _____
                                                Signature of Person Serving Citation
_____ County, Texas
By: _____ Deputy
Fee for Serving Citation $ _____


FEES – $_____

Cert#_____                    LEOPOLDO VIELMA
                                   District Clerk
                                   _____County, Texas
                                   _____Deputy


[Attach return receipts with addressee's signature to reverse side]

EXHIBIT 1